Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Rene A. Sosa, | Case No. 25-16740-JKS |
|  | Hearing Date: February 26, 2026 at 10:00 A.M |
| Debtor. |  |
|  | Judge: John K. Sherwood |

**CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED MARCH 5, 2007)**

_____Saroth Nor n_____ of full age, employed as __Bankr uptcyCase Manager__ by __New Rez LLC d/b/a Shellpoint Mortgage Servicing__, hereby certifies the following information:

Recorded on March 21, 2007, in Hudson County, in Book 15622, at Page 00036

Property Address: 275 4th St, Jersey City, NJ 07302-2313

Mortgage Holder: The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

Mortgagors: / Debtor: Rene Sosa and Concepcion Sosa Romero /Rene A. Sosa

POST-PETITION PAYMENTS (petition was filed: 06/25/2025)

| Date Payment Due | Amount Due | Amount Received | to/from suspense | Suspense Balance | Date Payment Posted |
|---|---|---|---|---|---|
| 7/1/2025 | $ 6,738.80 | $15,000.00 | $ 8,261.20 | $ 8,261.20 | 12/18/2025 |

| | | | | |
|---|---|---|---|---|
| 8/1/2025 | $ 6,738.80 | | $ (6,738.80) | $ 1,522.40 |
| 9/1/2025 | $ 6,738.80 | | $ (6,738.80) | **$ (5,216.40)** |
| 10/1/2025 | $ 6,738.80 | | $ (6,738.80) | **$ (11,955.20)** |
| 11/1/2025 | $ 6,674.61 | | $ (6,674.61) | **$ (18,629.81)** |
| 12/1/2025 | $ 6,674.61 | | $ (6,674.61) | **$ (25,304.42)** |

Monthly payments past due:

2 x $6,738.80 (September 1, 2025-October 1, 2025)
2 x $6,674.61 (November 1, 2025-December 1, 2025)

(Monthly Payment) = $26,826.82 as of <u>December 24, 2025</u>

**AMOUNT HELD IN SUSPENSE (if any):** ($1,522.40)

**TOTAL POST-PETITION DEFAULT:** $25,304.42

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal & Interest | $3,715.78 |
| Interest: | (included in figures above) |
| R.E. Taxes: | n/a |
| Insurance | n/a |
| Late Charge: | n/a |
| Other: | $2,958.83 (escrow) |
| TOTAL | $6,674.61 |

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary): Filed on 09/25/2025, change effective from 11/01/2025 @ $6,674.61 and Filed on 12/30/2025, change effective from 02/01/2026 @ $6,843.75

Pre-petition arrears: see Claim # 4-1 on the Claims Register

I certify under penalty of perjury that the foregoing is true and correct.

_01/09/2026_  
Date                                   Signature